UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. ROBINSON,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DAVE DAVEY, et al.,<br><br>　　　　　Defendants. | 1:17-cv-01524-DAD-GSA-PC<br><br>ORDER STRIKING APPLICATION TO PROCEED IN FORMA PAUPERIS FOR LACK OF SIGNATURE<br>(ECF No. 2.)<br><br>THIRTY-DAY DEADLINE FOR PLAINTIFF TO SUBMIT A NEW COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS BEARING HIS SIGNATURE<br><br>ORDER FOR CLERK TO SEND PLAINTIFF A FORM APPLICATION TO PROCEED IN FORMA PAUPERIS |

　　　　Anthony L. Robinson ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. §1983. Plaintiff filed the Complaint commencing this action on November 15, 2017, together with an application to proceed *in forma pauperis*. (ECF Nos. 1, 2.)

　　　　Plaintiff's application to proceed *in forma pauperis* is unsigned. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a). Therefore, Plaintiff's application shall be stricken from the record, and Plaintiff shall be required to file a new, completed application to proceed *in forma pauperis* bearing his signature within thirty days.

1

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed *in forma pauperis*, filed on November 15, 2017, is STRICKEN from the record for lack of signature;
2. Within thirty days from the date of service of this order, Plaintiff is required to submit a new, completed application to proceed *in forma pauperis* bearing his signature;
3. The Clerk is directed to send Plaintiff an application to proceed *in forma pauperis*; and
4. Plaintiff's failure to comply with this order shall result in a recommendation that this case be dismissed.

IT IS SO ORDERED.

Dated: **April 23, 2018**         **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE