UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. ROBINSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DAVE DAVEY, et al.,<br><br>　　　　Defendants. | 1:17-cv-01524-DAD-GSA-PC<br><br>ORDER STRIKING MOTION FOR APPOINTMENT OF COUNSEL FOR LACK OF SIGNATURE<br>(ECF No. 3.) |

　　　　Anthony L. Robinson ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. §1983. Plaintiff filed the Complaint commencing this action on November 15, 2017. (ECF Nos. 1.)

　　　　On November 15, 2017, Plaintiff filed a motion for appointment of counsel. (ECF No. 3.) Plaintiff's motion is unsigned. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a). Therefore, Plaintiff's motion shall be stricken from the record.

　　　　Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's motion for appointment of counsel, filed on November 15, 2017, is STRICKEN from the record for lack of signature.

IT IS SO ORDERED.

　　Dated:　**May 22, 2018**　　　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE