# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. ROBINSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVE DAVEY, et al.,<br><br>　　　　Defendants. | 1:17-cv-01524-DAD-GSA (PC)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR COPIES**<br><br>**ORDER FOR CLERK'S OFFICE TO SEND PLAINTIFF COPIES OF HIS FIRST AMENDED COMPLAINT AND A COPY OF THE COURT'S ORDER ISSUED ON OCTOBER 29, 2018**<br>**(ECF Nos. 24, 29.)** |

　　　　Anthony L. Robinson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on November 15, 2017. (ECF No. 1.)

　　　　On December 3, 2018, Plaintiff requested copies of his First Amended Complaint and a copy of the court's order issued on October 29, 2018. (ECF No. 29.)

　　　　Plaintiff asserts that he does not have access to his legal documents because they were taken from him and have not been returned. Plaintiff believes that his property was sent to Salinas Valley State Prison on November 19, 2018, because Plaintiff was scheduled to be transferred there on that date. Now Plaintiff has been told that he will not be transferred. Plaintiff argues that he needs copies of the requested documents to respond to the court's order issued on October 29, 2018, which required him to either amend the complaint or notify the

court that he wishes to proceed only with the claims in the First Amended Complaint found cognizable by the court.

Plaintiff has shown good cause for the court to send him the copies he requests. Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for copies from his court file is granted; and

2. the Clerk's Office shall send Plaintiff copies of his First Amended Complaint, (ECF No. 24), and the court's order issued on October 29, 2018, (ECF No. 29).

IT IS SO ORDERED.

Dated: **December 5, 2018**         **/s/ Gary S. Austin**
                                                                                                UNITED STATES MAGISTRATE JUDGE