UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. ROBINSON,<br><br>Plaintiff,<br><br>v.<br><br>DAVE DAVEY, et al.,<br><br>Defendants. | No. 1:17-cv-01524-DAD-GSA<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S REQUEST FOR PRELIMINARY INJUNCTIVE RELIEF<br><br>(Doc. No. 28) |

Plaintiff Anthony L. Robinson is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 17, 2018, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's request for preliminary injunctive relief, found in plaintiff's amended complaint (Doc. No. 24 at ¶58), be denied. (Doc. No. 28.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service. (*Id.* at 3.) After seeking and receiving two extensions of time in which to file objections to those findings and recommendations (Doc. Nos. 30–33), plaintiff filed objections on November 26, 2018. (Doc. No. 34.)

/////

1  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on October 17, 2018 (Doc. No. 28) are adopted in full; and
2. Plaintiff's request for preliminary injunctive relief, found in his amended complaint filed on July 2, 2018, is denied.

IT IS SO ORDERED.

Dated: **December 19, 2018**

UNITED STATES DISTRICT JUDGE