UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. ROBINSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVE DAVEY, et al.,<br><br>　　　　　Defendants. | No. 1:17-cv-01524-DAD-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S REQUEST FOR PRELIMINARY INJUNCTIVE RELIEF<br><br>(Doc. No. 37) |

Plaintiff Anthony L. Robinson is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 5, 2018, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's second request for preliminary injunctive relief be denied. (Doc. No. 37.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service. (*Id.* at 3.) On December 17 and 20, 2018, plaintiff sought and received a thirty-day extension of time in which to file his objections. (Doc. Nos. 39, 41.) On March 11, 2019, plaintiff untimely filed his objections. (Doc. No. 49.)

/////

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on December 5, 2018 (Doc. No. 37) are adopted in full; and
2. Plaintiff's request for preliminary injunctive relief (Doc. No. 36) is denied.

IT IS SO ORDERED.

Dated: **May 8, 2019**

UNITED STATES DISTRICT JUDGE