UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. ROBINSON,<br><br>             Plaintiff,<br><br>       vs.<br><br>DAVE DAVEY, et al.,<br><br>             Defendants. | 1:17-cv-01524-DAD-GSA-PC<br><br>ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDERS TO DEFENDANT GONZALES-THOMPSON<br><br>(ECF Nos. 61, 64, 71.) |

      Anthony L. Robinson ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds with Plaintiff's First Amended Complaint filed on July 2, 2018, against defendant C/O H. German for use of excessive force, and against defendants Sgt. A. Peterson and S. Gonzales-Thompson (LVN) for providing inadequate medical care, in violation of the Eighth Amendment. (ECF No. 24.)

      On December 24, 2019, defendants German and Peterson filed an answer to the complaint. (ECF No. 59.) On January 2, 2020, the court issued a Discovery and Scheduling Order establishing pretrial deadlines for the parties including a discovery deadline of July 2, 2020, and a dispositive motions deadline of September 2, 2020. (ECF No. 61.) On April 15, 2020, and August 10, 2020, the court granted defendants Peterson and German's motions to modify the Discovery and Scheduling Order. (ECF Nos. 64, 71.) Pursuant to the August 10,

2020 order, the current discovery deadline is April 2, 2021, and the current dispositive motions deadline is June 2, 2021, for all parties to this action.  (ECF No. 71.)

Defendant Gonzales-Thompson filed an Answer to the complaint on October 19, 2020. (ECF No. 74.)  In light of this filing, IT IS HEREBY ORDERED that application of the court's Discovery and Scheduling orders issued on January 2, 2020, April 15, 2020, and August 10, 2020, are EXTENDED to defendant Gonzales-Thompson.

IT IS SO ORDERED.

Dated:   **October 20, 2020**                                  **/s/ Gary S. Austin**
                                                                                 UNITED STATES MAGISTRATE JUDGE